# Court of Appeals
# of the State of Georgia

ATLANTA, June 06, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0350. CHARLIE BRANNER, JR v. MELANIE B. CROSS.**

In this application for discretionary appeal, Charlie Branner, Jr. seeks review of the trial court's order dismissing his mandamus petition. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the trial court entered its order on April 4, 2024, and Branner filed his application on May 16, which was 42 days later. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/06/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.